THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES J. FISHER, Appellant. (Appeal No. 2.) [825 NYS2d 390]— Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered May 11, 2005. The judgment convicted defendant, upon a jury verdict, of robbery in the first degree and attempted robbery in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Fisher* (35 AD3d 1276 [2006]). Present—Martoche, J.P., Smith, Centra and Green, JJ.